UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-61553-CIV-JORDAN

| | |
|---|---|
| LESLEY RUMORA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| FIRSTSOURCE ADVANTAGE, LLC | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of Ms. Rumora's notice of dismissal with prejudice [D.E. 4], this action against Firstsource Advantage, LLC is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of September, 2010.

_____
Adalberto Jordán
United States District Judge

Copy to:   All counsel of record